1

MICHAEL H. SINGER, ESQ..
2
Nevada Bar No. 1589
**MICHAEL H. SINGER, LTD.**
3
520 South Fourth Street
Las Vegas, NV 89101
4
(702) 968-6002
5
Attorney for Defendant

2005 SEP 14  A 11: 42

6

## UNITED STATES DISTRICT COURT

7
### DISTRICT OF NEVADA

8
KNOCKOUT! SPORTS NETWORK, INC.,          ) CV-S-05-0674-RCJ-PAL
9
a Nevada corporation,                     )
                                          )
10
                Plaintiff,                )
                                          )
11
v.                                        ) **ORDER**
                                          )
12
MATT A. ROSE, ROBERT A. FREEMAN,          )
13
JILL COSTANTINO, FRANC BOZA,              )
CHRIS ROSE, STEPHEN MAYNARD,              )
14
ULTIMATE SPORTS ENTERTAINMENT, INC.,      )
a Nevada corporation, DOES I-X, inclusive, and )
15
ROE CORPORATIONS I-X, inclusive,          )
                                          )
16
                Defendants.               )
                                          )
17

18
On July 15, 2005, Defendants ("Defendants"), and each of them, filed their Motion to
19
Dismiss.  Plaintiff Knockout! Sports Network, Inc. ("Plaintiff") filed its Opposition to
20
Defendant's Motion to Dismiss on or about August 26, 2005.  On September 1, 2005,
21
Defendants filed a Reply thereto.  Defendants' Motion to Dismiss came on for hearing on
22
September 12, 2005.  The Court having considered the parties' briefs and the argument of
23
counsel, and good cause shown.
24

25
IT IS HEREBY ORDERED as follows:
26
1.      Defendants' Motion to Dismiss Claim for relief alleging violations of the
27
Securities Act of 1933 is granted without prejudice;
28

19

2. Defendant's Motion to Dismiss the remainder of Knockout!'s Complaint for failure to state a federal claim for relief is granted without prejudice;

3. Plaintiffs are granted leave to amend their Amended Complaint, to state with particularity, claims for relief establishing federal court jurisdiction over the named Defendants;

4. Defendants, and each of them, shall be granted twenty (20) days from service of the Plaintiff's Second Amended Complaint to file a response thereto; and

5. Defendant Ultimate Sports Entertainment, Inc.'s Motion to Dismiss is granted for failure to state a Claim for Relief, without prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: _September 22, 2005_

Submitted by:

MICHAEL H. SINGER, LTD.

BY:_____
MICHAEL H. SINGER, ESQ.
Nevada Bar No. 1589
520 South Fourth Street
Las Vegas, NV  89101
(702) 968-6002
Attorney for Defendants