# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KNOCKOUT! SPORTS NETWORK, INC., *et al.*, | ) ) ) | 2:06-cv-00674-RCJ-PAL |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| MATT A. ROSE, *et al.*, | ) ) | |
| Defendants. | ) | |

Pursuant to the hearing held on December 3, 2007 regarding the status of this case, and upon finding that Plaintiffs have failed to file and serve an Amended Complaint in this matter, this case shall be dismissed with prejudice.

IT IS SO ORDERED that this case shall be *dismissed with prejudice* for Plaintiffs' failure to prosecute.

DATED:    December 6, 2007

_____
UNITED STATED DISTRICT COURT